UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:20-cv-03292-VAP-RAOx** | Date | June 8, 2020 |
| --- | --- | --- | --- |

| Title | ***Gianna Davalos et al v. FCA US LLC et al.*** |
| --- | --- |

Present: The Honorable    VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| CHRISTINE CHUNG | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Present     None Present

**Proceedings:**   MINUTE ORDER (IN CHAMBERS) GRANTING PLAINTIFFS' MOTION TO REMAND (IN CHAMBERS) [DKT. 13]

Before the Court is Plaintiffs Gianna Davalos and Daniel Atilano's ("Plaintiffs") Motion to Remand, filed May 8, 2020. ("Motion," Dkt. 13). The motion was set for hearing on June 15, 2020. Defendant's opposition should have been filed by May 26, 2020. L.R. 7-9. To date, Plaintiffs have not opposed the motion. The Court finds the matter suitable for decision without a hearing pursuant to Local Rule 7-15, and the June 15, 2020 hearing date is therefore vacated.

Local Rule 7-12 states that "failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." *Kristensen v. Expansion Capital Grp., LLC*, No. 2:16-cv-00982-JFW-JEMx, 2016 WL 10988570, at *1 (C.D. Cal. July 19, 2016) (holding failure to oppose a motion to dismiss was grounds for dismissal with prejudice pursuant to Local Rule 7-12). Accordingly, the Court deems Defendant's failure to file an opposition as consent to the granting of Plaintiffs' motion. The Court therefore GRANTS the Motion to Remand and REMANDS the case to the Superior Court for the County of Los Angeles.

**IT IS SO ORDERED.**